IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOHONIA MARTIN,

    Plaintiff,

v.

DEMETRIO ROSALES,

    Defendants.

No. MISC 16-80081 WHA
No. MISC 16-80082 WHA

**ORDER DENYING APPLICATIONS TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE**

    Pro se plaintiff Yohonia Martin has filed applications to proceed in forma pauperis in two miscellaneous cases. In both applications, plaintiff states that she is employed, but has left the rest of the application blank in regards to her employment details. Specifically, she has failed to name her employer or state her monthly wages or salary. Accordingly, the applications to proceed in forma pauperis are **DENIED**, without prejudice to the filing of corrected forms.

**IT IS SO ORDERED.**

Dated: May 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE